A.H.S., INC., T/A ROYAL MANOR v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF WALL.

July 15, 1980.

Cross-Petitions for certification denied.

JOHN A. SMITH, III v. BOARD OF EDUCATION OF THE CITY OF JERSEY CITY, HUDSON COUNTY.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY KEMP.

July 15, 1980.

Petition for certification denied.

TOWNSHIP OF PARSIPPANY–TROY HILLS v. CARMINE FREDA.

July 15, 1980.

Petition for certification denied.